**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-cv-1039 (CRC) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff Electronic Frontier Foundation ("Plaintiff") and Defendant United States

Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submit

this joint status report pursuant to the Court's September 13, 2017 Minute Order.  This action

arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves a FOIA

request seeking documents concerning the FBI's alleged use, training or recruitment of

informants or sources at Best Buy facilities and other computer repair facilities in the United

States.

1.      Defendant has conducted initial searches for documents concerning confidential

human sources utilized by the FBI between 2007 and 2016, at the Brooks, Kentucky Best Buy

facility.  *See* Joint Motion to Vacate Summary Judgment Briefing Schedule at 1 (ECF No. 8).

Those initial searches identified 48 potentially responsive documents.  Thus, at this time,

Defendant's estimate of the number of potentially responsive documents is 48, but this estimate

may change, for instance as a result of possible additional searches and/or modification of the

parameters of the initial searches.

   2.  The parties intend to meet and confer about a production schedule.  Pursuant to

the Court's September 13 Minute Order, the parties will file a further Status Report on October

20, 2017, updating the Court on the status of the case and any proposed production or briefing

schedule.

   Respectfully submitted this September 22, 2017.


        CHAD A. READLER
        Acting Assistant Attorney General

        MARCIA BERMAN
        Assistant Branch Director
        Federal Programs Branch

        _/s/ Michael L. Drezner_____
        MICHAEL L. DREZNER (VA Bar No. 83836)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.  Room 7310
        Washington, D.C. 20530
        Tel: (202) 514-4505
        Fax: (202) 616-8470
        Email: Michael.L.Drezner@usdoj.gov

        Attorney for Defendant.


        _/s/ David L. Sobel_____
        DAVID L. SOBEL, D.C. Bar No. 360418
        Electronic Frontier Foundation
        5335 Wisconsin Avenue, N.W.
        Suite 640
        Washington, D.C. 20015
        (202) 246-6180

AARON MACKEY, D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

Attorneys for Plaintiff.