IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-cv-1039 |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff Electronic Frontier Foundation ("Plaintiff") and Defendant United States Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves a FOIA request seeking documents concerning the FBI's alleged use, training or recruitment of informants or sources at Best Buy facilities and other computer repair facilities in the United States. The parties state as follows.

1. By Order dated October 23, 2017, this Court adopted the proposed production schedule submitted by the parties on October 20, 2017. Accordingly, Defendant was ordered to make its first production of non-exempt portions of responsive records by November 30, 2017, with subsequent production dates of January 4, February 1, and March 1, 2018, if needed. The parties were also ordered to file joint status reports with the Court every 60 days commencing on December 19, 2017.

2. Pursuant to the Court's order, on November 30, 2017, Defendant made its first production of non-exempt portions of responsive records, totaling 112 pages. In its second production letter, on January 4, 2018, Defendant stated that all records reviewed subsequent to the first production were either non-responsive or would be withheld in full. On February 1, 2018, Defendant provided its final production of non-exempt portions of responsive records, totaling 56 pages.

3. Though the parties conferred following the close of production, multiple points remain in dispute and are suitable for summary judgment briefing. Specifically, Plaintiff intends to challenge: (1) Defendant's position that it will neither confirm nor deny the existence of certain records responsive to Plaintiff's request, and (2) certain exemptions applied to the responsive materials produced to Plaintiff. The parties respectfully propose the following briefing schedule:

- April 27, 2018 – Defendant's Motion for Summary Judgment;
- May 30, 2018 – Plaintiff's Opposition and Cross-Motion for Summary Judgment;
- July 2, 2018 – Defendant's Reply and Opposition to Plaintiff's Cross-Motion;
- July 30, 2018 – Plaintiff's Cross-Reply.

Dated: February 20, 2018                                                Respectfully submitted,

/s/ David L. Sobel                                                      CHAD A. READLER
                                                                        Acting Assistant Attorney General
DAVID L. SOBEL
D.C. Bar No. 360418                                                     MARCIA BERMAN
Electronic Frontier Foundation                                          Assistant Branch Director
5335 Wisconsin Avenue, N.W.                                             Federal Programs Branch
Suite 640
Washington, D.C. 20015                                                  /s/ Michael L. Drezner
(202) 246-6180                                                          MICHAEL L. DREZNER (VA Bar No. 83836)
                                                                        Trial Attorney

|  |  |
|---|---|
| Attorney for Plaintiff. | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.  Room 7310<br>Washington, D.C. 20530<br>Tel: (202) 514-4505<br>Fax: (202) 616-8470<br>Email: Michael.L.Drezner@usdoj.gov<br><br>Attorney for Defendant. |